**Maria A. WILLIAMS,
Petitioner-Respondent,**

v.

**Howard L. WILLIAMS,
Defendant-Appellant.**

**No. 51111.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 13, 1987.

Ronald Sherod, St. Louis, for defendant-appellant.

Daniel G. Tobben, St. Louis, for petitioner-respondent.

ORDER

Appeal from order sustaining petitioner-respondent's motion to quash execution and levy. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).